44 So.2d 35

### Richard JONES v. STATE.
### 6 Div. 854.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Embezzlement, less than $25.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

44 So.2d 915

### Nolan (alias Bug) JONES v. STATE.
### 5 Div. 279.

Court of Appeals of Alabama.
Feb. 28, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

44 So.2d 916

### Rufus JONES v. J. T. BAKER.
### 8 Div. 798.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Morgan County Court; W. H. Long, Judge.

Russell W. Lynne, of Decatur, for appellant.

Peach, Caddell & Shanks, of Decatur, for appellee.

BRICKEN, Presiding Judge.
Affirmed.

46 So.2d 862

### B. H. (alias Boss) JONES v. STATE.
### 5 Div. 315.

Court of Appeals of Alabama.
April 18, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

46 So.2d 862

### B. H. (alias Boss) JONES v. STATE.
### 5 Div. 316.

Court of Appeals of Alabama.
April 18, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

48 So.2d 892

### Robert Lee JONES v. STATE.
### 1 Div. 613.

Court of Appeals of Alabama.
Nov. 21, 1950.

Appeal from Circuit Court, Mobile County; D. H. Edington, Judge.

Bastardy.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.